IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARION D. DUNLAP,                    )
                                     )
        Plaintiff,                   )
                                     )        CASE NO. 2:02-CV-00597-WKW-CSC
v.                                   )        (WO)
                                     )
BELLSOUTH                            )
TELECOMMUNICATIONS, INC., *et al.*,  )
                                     )
        Defendants.                  )

**FINAL JUDGMENT**

In accordance with prior proceedings, opinions and orders of the Court, it is the ORDER,

JUDGMENT, and DECREE of the Court the action against BellSouth Telecommunications, Inc. is

dismissed with prejudice and the action against Donna Lynn Epperson is DISMISSED without

prejudice.  Each party is to bear its own costs.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final

judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this the 16th day of May 2006.


          /s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE